UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 11-5032 (JAP) |
| | : | |
| | : | |
| v. | : | |
| | : | ORDER AMENDING THE |
| | | CONDITIONS OF RELEASE |
| | : | |
| CHARLES JOHNSON | : | |
| | : | |

This matter opened to the court by Brian P. Reilly, Assistant Federal Public Defender,

counsel for Charles Johnson, seeking an order amending the conditions of release previously set

in this case on September 29th, 2011 and to permit the Third Party Custodian , Josephine

Thompson, to appear by Friday October 7th, 2011 to execute her signature agreeing to be Third

Party Custodian;

and  Assistant United States Attorney Joseph Gribko having being advised of this

application and having no objection;

and good cause having been shown;

IT IS ORDERED this 3rd day of Oct , 2011, that the conditions of release

previously set in this case are amended as follows:

The Third Party Custodian, Josephine Thompson, shall appear to execute the agreement

to serve as Third Party Custodian no later than 3:30 p.m. on Friday October 7th, 2011.

All other terms and conditions of release previously set remain in full force and effect.

_____

HONORABLE DOUGLAS E. ARPERT.
United States Magistrate District Judge